Kristina S. Keller, Esq. (SBN 161946)
kkeller@gckllp.com
**GARRELL COHON KENNEDY LLP**
550 South Hope Street, Suite 460
Los Angeles, California 90071
Tel: (213)647-0730 ‖ Fax: (213) 647-0732

Attorneys for Defendant
EVOLUTIONS BRANDS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

HOWARD WILSON, on behalf of himself and all others similarly situated,

Plaintiffs,

vs.

EVOLUTIONS BRANDS, INC.,

Defendant.

Case No. 1:26-cv-1366

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

| | |
|---|---|
| Complaint Served: | February 11, 2026 |
| Current response date: | March 4, 2026 |
| New response date: | April 3, 2026 |
| Last day for motions: | TBD |
| Pretrial Conference: | TBD |
| Trial Date: | TBD |

WHEREAS, Plaintiff Howard Wilson ("Plaintiff") served his Complaint on Defendant Evolutions Brands, Inc. ("Defendant'") on or about February 11, 2026.

WHEREAS, Defendant's response to the Complaint is currently due on March 4, 2026.

WHEREAS, Defendant has just retained counsel who is investigating the claims made by Plaintiff in his Complaint and has requested an extension of time to respond until proper investigation is made and the parties have had the opportunity to discuss the possibility of settlement prior to incurring additional expense litigating the claims.

WHEREAS, the Parties need additional time to complete those discussions and to allow for counsel for Defendant to prepare an appropriate response.

WHEREAS, Defendant has not previously asked for an extension of time to respond to Plaintiff's Complaint.

IT IS THEREFORE STIPULATED by and between the parties hereto through their respective attorneys that Defendant shall have an extension of 30 days to respond to the Complaint making the new response deadline April 3, 2026.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for the Parties hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) that they have concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: March 2, 2026

**GARRELL COHON KENNEDY LLP**

By: /s/ *Kristina S. Keller*
Kristina S. Keller, Esq.
Attorneys for Defendant
EVOLUTIONS BRANDS, INC.

Dated: March 2, 2026

**STEIN SAKS, PLLC**

By: /s/ Yaakov Saks
Yaakov Saks, Esq.
Attorneys for Plaintiff Howard Wilson